**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATALIA ROCHA,<br><br>  Plaintiff,<br><br>  v.<br><br>CONAGRA FOODS PACKAGED FOODS, LLC, a Limited Liability Corporation, *et al.*,<br><br>  Defendants. | 1:14-cv-00154-LJO-BAM<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE DEFENDANT CONAGRA FOODS PACKAGED FOODS, LLC PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) (DOCS. 13 & 17)** |

Based on Plaintiff's notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Doc. 17, this Court DISMISSES without prejudice all claims against defendant ConAgra Foods Packaged Foods, LLC ("ConAgra") only. As a result, the pending motion to dismiss filed by ConAgra, Doc. 13, is DENIED AS MOOT. The Clerk of Court is directed not to close this action.

IT IS SO ORDERED.

  Dated:  **May 1, 2014**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1