1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIA ROCHA. | Case No. 1: 14-cv-00154-LJO-BAM |
| Plaintiff, | **ORDER TO RECAPTION CASE** |
| v. | |
| CONAGRA FOOKS PACKAGED FOODS, LLC AND UNION PACIFIC RAILROAD, | |
| Defendants. | |

_____/

Based on the Court's order to dismiss, Defendant Conagra Foods Packaged Foods, LLC is no longer a party to this case, and the case should be re-captioned. Accordingly, the Caption for this case shall be as follows:

/././

/././

1

1  NATALIA ROCHA.                                    Case No. 1: 14-cv-00154-LJO-BAM
2            Plaintiff,
3       v.
4  UNION PACIFIC RAILROAD,
5            Defendant.
6
7
8  _____/
9  IT IS SO ORDERED.
10
11     Dated:   **June 6, 2014**              /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE
12

2