**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATALIA ROCHA, an individual<br><br>　　　　Plaintiff,<br><br>　　VS.<br><br>CONAGRA FOODS PACKAGED FOODS, LLC, a Limited Liability Corporation, and DOES 1 through 25, Inclusive,<br><br>　　　　Defendants. | CASE NO. 1:14-cv-00154-BAM<br>[Honorable Barbara A. McAuliffe]<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION TO MODIFY SCHEDULING CONFERENCE ORDER (DKT. 27) AND TO CONTINUE HEARING ON UNION PACIFIC RAILROAD'S MOTION FOR JUDGMENT ON THE PLEADINGS (DKT. 31)**<br><br>(Doc. 34) |

The parties' stipulation to modify the Scheduling Conference Order and to continue the hearing on Union Pacific's Motion for Judgment on the Pleadings (Doc. 34) is **GRANTED**.  The hearing on Union Pacific's Motion for Judgment on the Pleadings (Doc. 31) currently set for **February 4, 2015 at 9:00 a.m**. will now be held on **March 27, 2015, at 9:00 a.m.**  Additionally, the Scheduling Conference Order is hereby modified as follows:

1. Initial expert witness disclosures:        March 19, 2015
2. Supplemental expert witness disclosures:   April 6, 2015
3. Non-expert discovery cut-off:              April 3, 2015
4. Expert discovery cut-off:                  April 30, 2015

The parties are cautioned that the remaining deadlines and all other orders contained in the scheduling order issued on June 25, 2014 (Doc. 27) remain in full force and effect.  In particular, the Court is not inclined to move the deadline for filing pretrial motions which is **May 4, 2015**, and the deadlines for the pretrial conference and trial which are set for **July 14, 2015**, and **September 1, 2015** respectively.  The parties shall plan accordingly.  Finally, the Court notes the parties indicate settlement negotiations are underway.  The parties are reminded that a settlement conference can be arranged, if both parties believe a court settlement conference would be beneficial, by calling Courtroom Deputy Harriet Herman at (559) 499-5788.

IT IS SO ORDERED.

Dated:  **January 26, 2015**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING CONFERENCE ORDER AND TO CONTINUE HEARING ON UNION PACIFIC'S MOTION FOR JUDGMENT ON THE PLEADINGS