IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO, CALIFORNIA

| | |
|---|---|
| NATALIA ROCHA ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> CONAGRA FOODS PACKAGED ) <br> FOODS, LLC, a Limited Liability ) <br> Corporation, and DOES 1 through 25 ) <br> Inclusive ) <br> Defendants ) <br> _____/ | Case No. 1:14-cv-00154 BAM <br><br> ORDER DISMISSING CASE |

    In light of Plaintiff, Natalie Rocha's request to close this case, it is hereby ordered that all causes of action against Defendant UNION PACIFIC RAILROAD, be dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(2) and that this case be closed.

    Each party to bear their own expenses, costs of the suit, and attorney fees. The clerk of the Court is directed to close this case as this order terminates this case in its entirety.

IT IS SO ORDERED.

    Dated: __**March 19, 2015**__            ____/s/ *Barbara A. McAuliffe*____
                                                                   UNITED STATES MAGISTRATE JUDGE